1  Timothy D. Cohelan, Esq., SBN 60827
   Isam C. Khoury, Esq., SBN 58759
2  Michael D. Singer, Esq., SBN 115301
   Kimberly D. Neilson, Esq., SBN 216571
3  COHELAN KHOURY & SINGER
   605 C Street, Suite 200
4  San Diego, CA 92101-5305
   TEL:  (619) 595-3001
5  FAX:  (619) 595-3000
   tcohelan@ckslaw.com
6  ikhoury@ckslaw.com
   msinger@ckslaw.com
7  kneilson@ckslaw.com

8  Michael J. Procopio, Esq., SBN137318
   Jill S. Kramer, Esq. SBN 172229
9  LAW OFFICES OF MICHAEL J. PROCOPIO
   2677 N. Main Street, Suite 860
10 Santa Ana, CA 92705
   TEL:  (714) 541-1550
11 FAX:  (714) 541-1770
   mike@procopiolaw.com
12 jill@procopiolaw.com

13 Attorneys for Plaintiffs Raymond Vinole and Ken Yoder

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| RAYMOND VINOLE and KEN YODER on behalf of themselves and all others similarly situated, | Case No. 07 CV 0127 DMS (WMc) |
|---|---|
| Plaintiffs, | **JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | Complaint Filed:  October 20, 2006 |
| COUNTRYWIDE HOME LOANS, INC., a New York corporation; and DOES 1-10, inclusive, | Judge:         Hon. Dana Sabraw |
| Defendants. | Trial Date:    Not Set |

Plaintiffs RAYMOND VINOLE and KEN YODER ("Plaintiffs") and Defendant Countrywide Home Loans, Inc. ("Countrywide") hereby jointly apply for an Order Dismissing this action with prejudice, for the following good cause shown:

1     WHEREAS, individual plaintiffs Raymond Vinole and Ken Yoder, on the one
2 hand, and Defendant Countrywide, on the other hand, were able to resolve all of the
3 claims for each individual Plaintiff;

4     WHEREAS, each Plaintiff has executed a release of all known and unknown
5 claims against Defendant;

6     IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs
7 Raymond Vinole and Ken Yoder and Defendant Countrywide Home Loans, Inc.
8 ("Countrywide") through their respective counsel of record and subject to the
9 approval of the Court that the instant action be dismissed in its entirety with Prejudice
10 pursuant to Federal Rules of Civil Procedure Section 41(a)(2).

12     STIPULATED TO AND AGREED:

14 Dated:    November 10. 2009    **SEYFARTH SHAW LLP**

16                                    By:    <u>s/Thomas R. Kaufman</u>
17                                              THOMAS R. KAUFMAN
                                             Attorneys for Defendant
18                                              COUNTRYWIDE HOME LOANS. INC.

20 Dated:    November 10. 2009    **COHELAN KHOURY & SINGER**

22                                    By:    <u>s/Kimberly D. Neilson</u>
23                                        TIMOTHY D. COHELAN
                                       MICHAEL D. SINGER
24                                        KIMBERLY D. NEILSON
                                     Attorneys for Plaintiffs
25                                      RAYMOND VINOLE and KEN YODER